Kirk. J. Anderson (SBN 289043)
kanderson@budolaw.com
Budo Law P.C.
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Symbology Innovations, LLC*

Eugene Y. Mar
emar@fbm.com
Alex Reese
areese@fbm.com
Laura K. Pedersen
lpedersen@fbm.com
Farella Braun Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

*Attorney(s) for Defendant Feeney, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> FEENEY, INC., <br><br> *Defendant*. | CASE NO.: 3:20-cv-00252-LB <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** <br><br> **JURY TRIAL DEMANDED** |

It is Hereby Stipulated and Agreed by Symbology Innovations, LLC ("Symbology") and Feeney, Inc. ("Feeney") by and through their undersigned

counsel, and subject to the approval of the Court, that pursuant to the Federal Rules of Civil Procedures 41(a)(1), all claims in this action between Symbology and Feeney are DISMISSED WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: February 21, 2020 | Respectfully submitted, |
| /s/ Eugene Y. Mar | /s/ Kirk Anderson |
| Eugene Y. Mar | Kirk. J. Anderson (SBN 289043) |
| emar@fbm.com | kanderson@budolaw.com |
| Alex Reese | BUDO LAW, P.C. |
| areese@fbm.com | 5610 Ward Rd., Suite #300 |
| Laura K. Pedersen | Arvada, CO 80002 |
| lpedersen@fbm.com | (720) 225-9440 (Phone) |
| Farella Braun Martel LLP | (720) 225-9331 (Fax) |
| 235 Montgomery Street, 17th Floor | |
| San Francisco, CA 94104 | *Attorney(s) for Symbology Innovations, LLC* |
| *Attorney(s) for Defendant Feeney, Inc* | |

SO ORDERED.

Dated: __February 26, 2020__     _____
Honorable Laurel Beeler
United States Magistrate Judge

### CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Kirk Anderson*
Kirk J. Anderson (CA SBN 289043)